THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MIA ROBINSON, a minor, by RACHEL ROBINSON, guardian, and RACHEL ROBINSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WOLTERS KLUWER HEALTH, INC., WOLTERS KLUWER UNITED STATES, INC., and PFIZER, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 11-5702 |

## ORDER

**AND NOW** this 2nd day of December, 2011, upon consideration of the Motion to Remand (Doc. No. 11) submitted by Plaintiffs, Mia Robinson, a minor, through her guardian, Rachel Robinson, and Rachel Robinson, individually ("Plaintiffs"), and the response and replies thereto,[1] it is hereby **ORDERED** that this case is **REMANDED** back to the Court of Common Pleas of Philadelphia County.[2] The Clerk of Court is hereby directed to **MARK** this case **CLOSED** for statistical purposes.

---

[1] We grant Pfizer's Motion for Leave to File a Sur-Reply (Doc. No. 17) pursuant to Local Rule of Civil Procedure 7.1(c).

[2] Because we find that remand is required in this case, the Motion to Dismiss (Doc. No. 8) submitted by Wolters Kluwer Health, Inc. and Wolters Kluwer United States, Inc., is hereby **DENIED AS MOOT**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE